FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2019 APR 24  AM 11: 33

UNITED STATES OF AMERICA

v.   CASE NO. 6:18-cr-20-Orl-41TBS

CHRISTOPHER RAY FAELLA

## MOTION TO SEAL

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, moves this Court to seal the Exhibits to the United States' Memorandum Regarding Restitution.

1. On April 10, 2019, U.S. District Judge Carlos E. Mendoza sentenced Christopher Ray Faella (Faella) to 14 years in federal prison and 10 years of supervised release for receipt and possession of child pornography. Docs. 73, 74, & 76. The court also ordered Faella to forfeit a cellphone and micro SD cards, which were used to download and store images of child pornography. Docs. 72 & 73. The court set the restitution hearing for April 25, 2019. Doc. 76.

2. On April 19, 2019, the government submitted a memorandum regarding restitution, where it stated that 11 victims of Faella's crimes are seeking restitution. Doc. 80. Two of the victims, "Sarah"[1] and "Jenny," submitted evidence in support of their restitution claims after the final Pre-

---

[1] Incorrectly referred to as "Cindy" in the memorandum.

Sentence Investigation Report (PSR) was issued. All other victims' exhibits were sealed as part of the PSR.

3. As to "Sarah," her counsel prepared a detailed summary of the losses incurred by "Sarah." Doc. 64-2, p. 1-17. The summary was intended to include two sets of exhibits, "Part 1" and "Part 2," which were inadvertently omitted by counsel for "Sarah." Upon the government's request, counsel for "Sarah" submitted the missing exhibits, which contain sensitive information and should be sealed. *See* Exhibit 1, Part 1 and Part 2. Counsel's summary is supported by 12 exhibits consisting of victim impact statements, a psychological evaluation by Dr. Randall L. Green, a vocational assessment by Merrill Cohen, and economic report by Dr. Stan V. Smith, and counsel's declaration of fees and expenses. The documents discuss "Sarah's" mental health issues, injuries, and losses related to the restitution hearing.

4. As to victim "Jenny," her counsel submitted an economic loss assessment, which discusses familial issues, psychological assessment, projected losses regarding mental health treatment, earnings offset, and reduction in value of life, among other matters, all related to the restitution hearing set for April 25, 2019. *See* Exhibit 2.

5. The sealing of exhibits to the United States' memorandum is requested in order to protect confidential and sensitive medical, vocational, and mental health information regarding the victims requesting restitution. Given

the nature of the records, they should be permanently sealed. The disclosure of said information to the public would certainly cause further harm and humiliation to the victims of this child pornography offense. 18 U.S.C. § 3664A establishes a procedure whereby the probation officers seek and obtain evidence in support of restitution requests from crime victims as part of the pre-sentence investigation process. Section 3664A(d)(4) specifically provides that "[t]he privacy of any records filed, or testimony heard, pursuant to this section shall be maintained to the greatest extent possible, and such records may be filed or testimony heard in camera."

6. Furthermore, the Crime Victims' Rights Act provides that a crime victim has the right "to be treated with fairness and with respect for the victim's dignity and privacy." 18 U.S.C. § 3771(a)(8). Given the nature of the information contained in the attached exhibits as to the sexual abuse and losses suffered by victims "Sarah" and "Jenny," the government submits that the public interest in accessing court documents is outweighed by the interest of protecting the privacy and dignity of the victims of this child pornography offense. As such, the government respectfully requests from the Court to grant this motion.

The United States has conferred with defense counsel, and the defense does not oppose this request.

           Respectfully submitted,

           MARIA CHAPA LOPEZ
           United States Attorney

By:  /s/ Ilianys Rivera Miranda
    ILIANYS RIVERA MIRANDA
    Assistant United States Attorney
    USA No. 150
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone: (407) 648-7500
    Facsimile: (407) 648-7643
    E-mail: ilianys.rivera@usdoj.gov

**U.S. v. CHRISTOPHER RAY FAELLA**     **Case No. 6:18-cr-20-Orl-41TBS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael S. Ryan
Assistant Federal Defender

                                 *s/ Ilianys Rivera Miranda*
                                 ILIANYS RIVERA MIRANDA
                                 Assistant United States Attorney
                                 USA No. 150
                                 400 W. Washington Street, Suite 3100
                                 Orlando, Florida 32801
                                 Telephone:  (407) 648-7500
                                 Facsimile:   (407) 648-7643
                                 E-mail:     ilianys.rivera@usdoj.gov